**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 566 EAL 2017
                                               :
             Respondent          :
                                               :    Petition for Allowance of Appeal from
                                               :    the Order of the Superior Court
          v.                      :
                                               :
                                               :
JAMES PARKER,                     :
                                               :
            Petitioner           :

## ORDER

**PER CURIAM**

       **AND NOW**, this 30th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.